# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 16 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Adrian Alberto Vento
A206 884 514
United States Citizen
YOB:    PRINCIPAL    1989

## CRIMINAL COMPLAINT

Case Number:

**M-14-2365-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 14, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact Julio Cesar Blandon-Rivera, a national of Nicaragua, and Gerardo Avecilla-Vazquez, a national of the Mexico, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On December 14, 2014, at approximately 12:00 pm, Agents working Chimney Park observed a raft, loaded with people, cross the river and make landfall at a bar named Pepe's on the River. Agents watched the area for approximately 30 minutes until they observed a blue Ford Mustang and a blue Ford Ranger enter La Lomita Park, a popular pick up spot for both illegal aliens and narcotics. The subjects who were driving the vehicles exited their vehicles and walked around La Lomita Park on their cell phones.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes   [ ] No

Approved by David A. Lindenmuth

_/s/_    12/16/14

Sworn to before me and subscribed in my presence,

Signature of Complainant

**Julio Ibarra**     **Senior Patrol Agent**
Printed Name of Complainant

**December 16, 2014**
Date

at    **McAllen, Texas**
City and State

**Peter E. Ormsby**     **, U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14-2365-M

RE:     **Adrian Alberto Vento**              A206 884 514

**CONTINUATION:**

A few minutes later, several subjects emerged from the brush and boarded the vehicles. Simultaneously, the drivers also boarded their vehicles. The two vehicles attempted to drive off, however Border Patrol Agents arrived at the entrance to the park, and the two vehicles came to a stop.

One subject absconded from the Ford Ranger and ran into the brush. He was not located. The driver of the Ford Mustang, was identified as Adrian Alberto VENTO, and claimed to be a United States Citizen. The 4 passengers in his vehicle all claimed to be illegally in the United States.

The driver of the Ford Ranger was a USC juvenile, and the one passenger in his vehicle claimed to be an illegal alien.

The 2 USC principals and 5 illegal aliens were transported to the McAllen Border Patrol Station for processing. At the station, the juvenile was released to family.

**PRINCIPAL STATEMENT:**

Adrian Alberto VENTO was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

VENTO stated he was going to be paid $300 (USD) to transport three to four illegal aliens from Mission, Texas to an unknown location. VENTO told agents he was aware that transporting illegal aliens was against the law, but he needed money. VENTO also stated that he is an active member of the Valluco prison gang.

**NOTE:** VENTO was convicted of Making a False Statement in Firearm Records. He is currently on SRT which expires on 4/15.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2365-M**

RE: **Adrian Alberto Vento**                                    **A206 884 514**

**CONTINUATION:**

MATERIAL WITNESSES' STATEMENT:

Both material witnesses were read their rights, and both were willing to provide statements without the presence of an attorney.

1- Julio Cesar Blandon-Rivera stated he was charged $8,000 (USD) to be smuggled to Houston, Texas. Before crossing the Rio Grande River, his group was told to walk along a fence line and board a blue Ford Ranger and a blue Ford Mustang. As the group approached the vehicles, Blandon stated he saw two people walking outside near the vehicles. Blandon told agents the two subjects then motioned to the group to board the vehicles. According to Blandon, 4 people boarded the mustang, and 2 boarded the Ranger. When Border Patrol showed up, one of the people in the Ranger absconded. Blandon identified VENTO as the driver of the Mustang.

2- Gerardo Avecilla-Vazquez stated he was charged $1,500 (USD) to be smuggled to Covington, Louisiana. According to Vasquez, the smugglers who were still on the Mexican side of the river, instructed them to board a Ranger and a Mustang. Vasquez told agents after he boarded the Mustang, the driver then sat in the driver's seat and drove away. Vasquez identified VENTO as the driver of the Mustang he was in.